Wayne W. Call, Bar No. 56676
  wcall@calljensen.com
Scott P. Shaw, Bar No. 223592
  sshaw@calljensen.com
David R. Sugden, Bar No. 218465
  dsugden@calljensen.com
Deborah A. Gubernick, Bar No. 242483
  dgubernick@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Plaintiff Santamaria Family Therapy, Inc. dba One to One Treatment

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| SANTAMARIA FAMILY THERAPY, INC. a California Corporation, dba ONE TO ONE TREATMENT,<br><br>         Plaintiff,<br><br>     vs.<br><br>LYNNE PEDERSEN, an individual and 1RECOVERY, aka ONE RECOVERY, a California corporation,<br><br>         Defendants. | Case No.  2:16-cv-07490-RGK (Ex)<br><br>**STIPULATION FOR DIMISSAL**<br><br><br><br><br><br><br><br>Complaint Filed:   October 6, 2016<br>Trial Date:            None Set |

1  Plaintiff SANTAMARIA FAMILY THERAPY, INC. a California Corporation, dba ONE TO ONE TREATMENT ("Plaintiff"), on the one hand, and LYNNE PEDERSEN, an individual and 1RECOVERY, aka ONE RECOVERY, a California Corporation ("Defendants"), on the other hand, hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff and Defendants filed a Notice of Settlement of Entire Case on February 27, 2017; and

WHEREAS, the parties have now finalized a Settlement Agreement and have signed such Agreement as of March 29, 2017 (the "Agreement"), the terms of which are confidential.

## STIPULATION

NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned counsel, hereby agree and stipulate that the above-entitled action shall be dismissed with prejudice, in its entirety. The parties shall carry out the terms of the Settlement Agreement as described therein. This Court shall retain jurisdiction concerning any disputes related to the Settlement Agreement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 3, 2017         CALL & JENSEN
                             A Professional Corporation

                             By: */s/Deborah A. Gubernick*
                                 Deborah A. Gubernick
                             Attorneys for Plaintiff

Dated: April 3, 2017         MANNING & KASS, ELROD, RAMIREZ, TRESTER


                             By: */s/ Paul Harshaw*
                                 Paul D. Harshaw
                             Attorneys for Defendants

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Paul D. Harshaw, counsel for Defendants, and that I have obtained Mr. Harshaw's authorization to affix his electronic signature to this document.

Dated: April 3, 2017  /s/ *Deborah A. Gubernick*
Deborah A. Gubernick